# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Gohar Garabedian

        **Plaintiff(s)**

v.

State Farm General Ins. Co.

        **Defendant(s)**

CASE No 4:18-cv-05037-HSG

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

◻ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

◻ **Mediation** (ADR L.R. 6)

◻ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

◼ **Private ADR** (*specify process and provider*) the Parties select private mediation and will confer to select a provider

The parties agree to hold the ADR session by:

◼ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)

◻ other requested deadline:

Date: 10/30/18          /s/ Christopher Carling
                                Attorney for Plaintiff

Date: 10/30/18          /s/ Enrique Marinez
                                  Attorney for Defendant

☒ IT IS SO ORDERED
◻ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 11/6/2018                            *Haywood S. Gill Jr.*
                                  U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 5-1-2018*