TODD A. ROBERTS (SBN 129722)
ENRIQUE MARINEZ (SBN 160956)
DEAN A. PAPPAS (SBN 115140)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:	todd.roberts@rmkb.com
	enrique.marinez@rmkb.com
	dean.pappas@rmkb.com

Attorneys for Defendant
STATE FARM GENERAL INSURANCE
COMPANY, an Illinois corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOHAR GARABEDIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, et al.,<br><br>Defendant. | CASE NO.  4:18-CV-05037-HSG<br><br>***REVISED* STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

Pursuant to the Federal Rules of Civil Procedure, Rule 16(b)(4), the parties jointly stipulate that the discovery deadlines set forth in the Court's Minute Entry, filed on November 20, 2018 (Doc # 21), be extended for good cause and in the interests of judicial efficiency to permit the parties to complete discovery, collectively fact and expert witnesses, as numerous of the witnesses are located out of State and require scheduling and travel to accommodate witnesses. The parties have been diligent in pursuing discovery and the requested extension of time for discovery is minimal (approximately 30 days) and will not impact the pretrial conference (January 7, 2020) or trial date (February 3, 2020).

Accordingly, the parties stipulate to the following extensions:

a.	The deadline for completing non-expert fact discovery is extended from June 18,

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

2109 to July 18, 2019;

    b.    The deadline for designating experts and delivery of expert reports is extended from July 3, 2019 to August 5, 2019;

    d.    The deadline for designating rebuttal experts and delivery of expert reports is extended from July 18, 2019 to August 20, 2019;

    e.    The deadline for completing expert discovery is extended from August 2, 2019 to September 6, 2019.

This is the parties' first extension of time for discovery deadlines requested in this matter.

Dated: May 30, 2019                      KERLEY SCHAFFER LLP

By: /s/ Christopher Carling
    J. EDWARD KERLEY
    DYLAN L. SCHAFFER
    CHRISTOPHER CARLING
    Attorneys for Plaintiff
    GOHAR GARABEDIAN

Dated: May 30, 2019                      ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Enrique Marinez
    TODD A. ROBERTS
    ENRIQUE MARINEZ
    DEAN A. PAPPAS
    Attorneys for Defendant
    STATE FARM GENERAL INSURANCE COMPANY

# **ORDER**

Pursuant to the Stipulation of the parties,

IT IS HEREBY ORDERED, that:

a. The deadline for completing non-expert fact discovery is extended from June 18, 2109 to **July 18, 2019**;

b. The deadline for designating experts and delivery of expert reports is extended from July 3, 2019 to **August 5, 2019**;

d. The deadline for designating rebuttal experts and delivery of expert reports is extended from July 18, 2019 to **August 20, 2019**;

e. The deadline for completing expert discovery is extended from August 2, 2019 to **September 6, 2019**.

Date: May 31, 2019

_____
HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT COURT JUDGE